**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YIWU YUXIN E-COMMERCE FIRM,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>Defendants. | Civil Action No. 1:24-cv-8701<br><br>Honorable Manish S. Shah |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Yiwu Yuxin E-Commerce Firm ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to the following Defendants:

| No. | Defendant Name | Online Marketplaces/Store ID |
|---|---|---|
| 5 | Dear | 16571316471 |
| 9 | free shopping and shipping | 5493623163549 |
| 22 | KC Lucky | 4435756813396 |
| 24 | Lucky AC | 634418209923672 |
| 25 | Lucky AE | 634418209923970 |
| 26 | Lucky AG | 634418209924298 |
| 27 | Lucky YY | 4658757851801 |
| 33 | ONENICE | 4920096821461 |
| 34 | PH Lucky | 221201573548 |
| 35 | SEUSUK | 96897929374 |
| 37 | SL Lucky | 123077493171 |
| 38 | Starry Night Over the Rhone | 634418211780009 |
| 42 | Volar como la alegra | 2547519312152 |
| 43 | xiaomeishiping | 6031921649082 |
| 46 | YK NICE | 634418209863038 |
| 50 | ZX Lucky | 293657483183 |

1

Prior to the filing of this notice, Defendants have yet to file an answer or motion for summary judgment.

DATED: November 13, 2024  Respectfully submitted,

By: */s/ Stevenson Moore*
Stevenson Moore
Texas Bar No. 24076573
smoore@nilawfirm.com
Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2024, Defendants were served with a copy of the foregoing via email as per the Court's Temporary Restraining Order (Dkt. No. 11).

*/s/ Stevenson Moore*
Stevenson Moore